Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

LeSamuel Palmer aka King Zulu M. Ali Shabazz
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

L. Hampton, W. Oliver, L. Decubellis, J. Bryan; E.A. Diascoochea,
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:19-CV-00780-MMH-MCR
(to be filled in by the Clerk's Office)

2nd Amended Complaint

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LeSamuel Palmer AKA King Zulu M. Ali Shabazz
All other names by which you have been known: 
ID Number: L41847
Current Institution: UNION C.I.
Address: PO Box 1000
Raiford, FL 32083
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: L. Hampton
Job or Title (if known): Ofc.
Shield Number: —
Employer: UNION CI
Address: PO Box 1000
Raiford, FL 32083
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: W. Oliver
Job or Title (if known): Sgt
Shield Number: —
Employer: UNION CI
Address: PO Box 1000
Raiford, FL 32083
City / State / Zip Code
[X] Individual capacity   [X] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name: L. Decubellis

Job or Title *(if known)*: OFC

Shield Number: —

Employer: UNION CI

Address: PO Box 1000, Raiford, FL 32083

☑ Individual capacity   ☑ Official capacity

**Defendant No. 4**

Name: J. Bryan

Job or Title *(if known)*: OFC

Shield Number: —

Employer: UNION CI

Address: PO Box 1000, Raiford, FL 32083

☑ Individual capacity   ☐ Official capacity

Defendant No. 5 E.A. BIASCOCHEA  TITLE: MAJOR  EMPLOYER: UNION CI  POB 1000 Raiford FL 32083  ☑ Individual Capacity & ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 8th U.S Constitutional Amendment have been violated by Defendants 1-4. Defendant(s) sexually and physically attack the Plaintiff had unlawful chemical agent utilized upon him also. Defendant 1-4 kicked and punch the Plaintiff and pull and twisted plaintiff private parts in a sexual manner. The 8th and 14 amendment was violated by Defendant 5. where Plaintiff was house away from other C/M inmate and was treated different. Where Plaintiff was left with no bedding, clothes, soap etc. Defendant 5 authorized for chemical agent and cell extraction to be utilized upon the plaintiff.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Plaintiff suing under sec. 1983. Defendants #1-4 Sexually/Physically attacked Plaintiff Defendant #5 Order Chemical Agent and unlawful Force to be utilized upon the Plaintiff And treated Plaintiff different from the Major of CM Inmates (see Statement of Claim and Statement of Fact)

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Union CI - Raiford FL - V.Dorm cell 2200 - May 23rd 2019

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Approx 1:30 pm 5/23/19

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendants No. 1 (L. Hampton) after chemical agent utilized upon plaintiff (x3) asked the plaintiff was he going to submit to cuff. Plaintiff said "YES". Defendant No. 1 open the Flap on the door and Plaintiff gave defendant No. 1 "all" his clothes. The defendant order Plaintiff to bend over to waist side and to pull butt cheeks apart. Plaintiff obeyed. Defendant order the Plaintiff to repeat it over and over stating he didn't do it right. Plaintiff obeyed. Defendant told Lt. Jackson that refused order.
(see 5(a) For continuation)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff was bleeding from back of his head, Hands swoll, Manhood Hurted when urine, Knot on head still remain.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Grant Plaintiff a declaration that the acts and omission described herein violate his right under the Constitution and Laws of U.S and permanent injunction ordering defendants in their official Capacity, to remove theirself from cell extraction, And injunction ordering for the video camera to be clear to see the whole incident scene w/o the camera been block from seeing the I/M. And an injunction ordering to have the knot on the Plaintiff head medically removed
 compensatory amount: $70,000 Jointly and severalty
 punitive amount: $70,000 each defendants
 nominal amount: $3,000 against defendant #1 (Hampton) For sexual assaulting Plaintiff
Cost of Lawsuit, Atty Fee, any other justice action from Court.
NOTE: Plaintiff is not seeking money damages in defendants official Capacity

CONTINUATION (5.(a)):

Lt. Jackson order defendant's No. 1-4 to cell extract the plaintiff (all order was was pass down from defendant No. 5 (Biascochea))

Defendants No. 1-4 while dressed up in cell extraction gear rushed in the cell and started beating the Plaintiff by kicking and punching the Plaintiff. The plaintiff had no clothes on. Plaintiff was screaming he's not resisting. Defendants 1-4 (Hampton, Oliver, Decubellis and Bryan) continue beating the Plaintiff.

Defendant No. 1 (Hampton) enter into cell with defendents 2-4 setted on Plaintiff's back and started punching the plaintiff on the back of his head using the handcuffs as brass knockers. The defendant (NO. 1) grab the plaintiff's penis and balls and pulled and twist then cause pain

Defendants No. 1-4 (Hampton, Oliver, Decubellis, Bryan) continue assaulting the Plaintiff yelling "Stop resisting" intil Lt. Jackson order defendants 1-4 to "back off" stating "That's enough".

Lt. Jackson order defendants to place some under short on the Plaintiff. Due to plaintiff been nude.

Defendants E.A. Biascochea (No. 5) order for chemical agent to be utilized upon the plaintiff. After going to the cell housed Plaintiff ordering him to cuff up that he's moving. Defendant No. 5 order Ofc Bias to close cell door Flap and order Lt. Jackson to utilize the chemical agent. Defendant No. 5 got promission from Duty warden to have plaintiff cell extracted - knowing Plaintiff wasn't refuseing.

The plaintiff reported to Defendant No. 5 that he declared sexual abuse. defendant Ignored Plaintiff. Defendant did not report it or allowed Plaintiff to be seen by medical concerning his sexual abuse allegation.

Defendant No. 5 (Biascochea) housed the plaintiff in S. Dorm away from other CM Inmate and refused to give him clothes to and bedding. refused Plaintiff soap and Teethpast, Teeth brush and tissue. The Plaintiff had to eat with a cardboard material, which left cuts on his mouth. The Plaintiff had to drink Hot coffee Etc out of a paper cone cup. Everytime Plaintiff existed his Cell to be escort approx. 10 feet to the shower, the Plaintiff was Placed in Fully restrict with a spit mask over his whole head. The treatment on the Plaintiff was different from all other CM Inmates that was housed in V and U dorm. which where CM Inmate suppose to been housed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

UNION C.I

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

UNION CI, And The Headquarter of FDOC And Sent letter to this court asking for Assistant, been in Fear of Plaintiff Life
(See Federal Action pg 5(a))

2. What did you claim in your grievance?

Same as this complaint
Staff abuse (unlawful Force) and Sexual abuse

3. What was the result, if any?

Nothing, Denied grievance
As of Plaintiff Knowledge. And say it was (complaint) was sent to The Inspector General office. Plaintiff heard nothing else seen no I-G This court also sent a copy of plaintiff Letter to I-G - Still heard nothing back.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The grievance process is completed. Plaintiff First submitted Informal, Then DC1-303 to Institution level and headquarter. Also submitte requests to I-G office and a Letter to this court.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _N/A_

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Plaintiff filed grievances and informed officials such as Head Warden, Asst warden of security, Mental Health Staff and wrote a letter to this court

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Plaintiff wrote a letter to this court seeking help. This court sent a copy of the letter to the I.G office and to the warden of institution

   ~~Plaintiff wrote letter to the court of his complaint seeking help.~~

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes  Plaintiff really don't know how to answer this; For he never received a 3 strike but had a case or two dismissed for Failure to state a claim

☑ No  (Note: Never received a strikes, been warn of the 3 strikes rule) To the Plaintiff understanding of this question Plaintiff will check no - cause he never received a strike. The Answer is to the best of his knowledge of understanding

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  LeSamuel Palmer
   Defendant(s)  Laux

2. Court *(if federal court, name the district; if state court, name the county and State)*
   MdFla    See Attachment additional lawsuits (10(a))

3. Docket or index number
   ~~appeal case~~ 2:2010-CV-362

4. Name of Judge assigned to your case
   Unknown

5. Approximate date of filing lawsuit
   2010

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.  Unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   See Attachmen Dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) LeSamuel Palmer
   Defendant(s) McNeal

2. Court *(if federal court, name the district; if state court, name the county and State)*
   M.D. Fla.
   See Attachment additional Lawsuits (10(a))

3. Docket or index number  2:2009-CV-00401
   See Attachment

4. Name of Judge assigned to your case  unknown
   See Attachment

5. Approximate date of filing lawsuit  2009
   See Attachment

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed

Additional Lawsuits. Pg 10(a)

## FEDERAL ACTIONS:

McNeal, M.D Fla. Case No. 2:2009-CV 00401 (Closed);
Laux, M.D Fla. Case No. 2:2010-CV-00438 (Closed);
Palmer V. — M.D Fla. Case No's: 3:14-CV-362 (Closed);
Palmer V. — M.D Fla. Case No: 3:12-CV-328 (Closed);
Palmer V. — M.D Fla. Case No: 2:11-CV-275 (Closed);
Palmer V. — M.D Fla. Case No: 3:12-CV-775 (Closed);
Palmer V. — M.D Fla. Case No: 3:12-CV-776 (Closed) (Failure Follow court order);
Palmer V. — M.D Fla. Case No: 3:12-CV-813 (Closed)(Failure Follow order);
Palmer V. — M.D Fla. Case No: 3:12-CV-814 (Closed) (Failure Follow order);
Palmer V. — M.D Fla. Case No: 3:14-CV-362 (Still Pending);
Palmer V. — M.D Fla. Case No: 3:14-CV-514 (Closed - Failure state claim);
Palmer V. — M.D Fla. Case No: 3:18-CV-95 (Still Pending);
Palmer V. — M.D Fla. Case No: 2:09-CV-604 (Closed);
Palmer V. — N.D Fla. Case No: 4:19-CV-306 (Failure Submit Filed cases);
Palmer V. Lt Jackson M.D Fla. Case No: 3:19-CV-00761 (Letter to court Closed);
Palmer V. — M.D Fla. Case No: 3:12-CV-590 (Closed)

## STATE ACTIONS.

Tomlinson: 2010-CA-2031 (Charlotte Co.)
Tomlinson: 2010-CA-4303 (Charlotte Co.)
McNeil: 2010-CA-3746 (Charlotte Co.)
McNeil: 2011-CA-29 (Charlott Co./2011-CA-191)
McNeil 2011-CA-215 (Leon Co.)
Fla Dept Corr. 2012-CA-2234 (Leon Co.)
Fla Dept Corr. 2012-CA-223 (Leon Co.)
Fla Dept Corr. 2015-CA-681 (Santa Rosy Co.)
Fla Dept Corr. 2016-CA-303 (Santa Rosy Co.)
Asst. Warden Whitehead 2012-CA-0543 (Bradford County)

Please Note: The above cases is cases Plaintiff receive Thru discovery with Assistant. If any cases is lefted out. Then It's by error and not intentionally - to mislead the court or w/any harass cause, unneccessary delay or any other ill intention. The above is been submitted in the BEST of PLAINTIFF'S KNOWLEDGE, which is a Pro-se Inmate with Little to No knowledge of Law

10(a)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/9/20

Signature of Plaintiff: LeSamuel Palmer
Printed Name of Plaintiff: LeSamuel Palmer
Prison Identification #: L41847
Prison Address: Co Union CI POB 1000
Raiford, FL 32083

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
Telephone Number: N/A
E-mail Address: N/A